# EXHIBIT B



June 7, 2024

Tiffanie Current
7564 Forest Glen Rd
New Orleans, LA 70127

Re:  Informal Hearing Decision of Proposed Termination of Housing Choice Voucher Program (HCVP) Participation - Tiffanie Current

Dear Tiffanie Current:

You requested an Informal Hearing of HANO's decision to terminate your HCVP participation.  Your hearing was held on April 1, 2024 at 9:00 AM. After reviewing the record and based upon the evidence presented during the hearing the Proposed Termination of your HCVP participation is **Upheld**.

**Hearing Participants**

| Head of Household | Tiffanie Current - In Person |
|---|---|
| Participant's Representative | Theresa Ambeau - Lawyer |
| Principal Administrative Analyst | Chris Dalton |
| HANO Staff | Monica New |
| Other - Other Representative | Lev Singer - In Person |
| Other - | - |
| Other - | - |

**Proposed Termination Allegations**

| Violation | Alleged Actions |
|---|---|
| **Failure to Supply Required Information/Documents (24 CFR 982.551 (b) (2))** | HANO alleged: that you failed to supply information related to income that you were receiving. |
| **Truthful and Complete Information (24 CFR 982.551 (b)(4))** | HANO alleged: that you supplied information to HANO that was false or incomplete. |
| **Use and Occupancy of Unit: Unauthorized Family Composition (24 CFR 982.551 (h)(2))** | HANO alleged: |
| | HANO alleged: |

1

**Findings of Fact**

1. **HANO requested your tax return transcripts for 2022 and 2023 as part of an investigation into a complaint that was received.**
2. **The tax return transcript showed that you reported wage income for 2022 and 2023 to the IRS that was not reported to HANO.**
3. **HANO's investigation also showed evidence that an unauthorized person, Jessie Harvey, was living with you in the assisted unit.**
4. **HANO calculated that based on the income that was reported to the IRS HANO overpaid rent on your behalf in the total amount of $10,668.72.**

**Discussion and Conclusion**

Due Process

HANO adequately provided you notice of your alleged violation on November 1, 2023. The notice stated the authority on which the Housing Authority relied to reach its decision, and you were afforded an opportunity to request a hearing.

Violation #1 – **Failure To Supply Required Information/Documents (24 CFR 982.551 (B) (2))**
During the hearing you stated that you were not sure whether the income reported to the IRS on your tax return was correct. You stated that you are not able to read and did not know where your tax preparer came up with the amounts used to file your taxes. You and your attorney were given a deadline of June 3, 2024, to file an amended tax return and provided documentation from the IRS that it had been done. On May 24, 2024, your attorney provided a copy of 2 form 1040-X for amending tax returns that were filled out showing no income for you for the disputed time periods. There was no indication that the forms had been filed with the IRS but based on the information in the forms you would owe the IRS $19,856 if you filed the amended returns. We would need official documentation from the IRS to show that they received the amended return to calculate the correct amount owed to HANO, if anything.

Based on HANO's calculations you owe $13,381. Your debt is over the threshold for a repayment agreement. You are in violation of your family obligations and your assistance will be terminated.

Violation #2  **Truthful and Complete Information (24 CFR 982.551 (b)(4))**
Based on the evidence from HANO you failed to report income. You disputed the evidence, but the documentation provided to support your dispute was not sufficient. You are in violation of your family obligations.

Violation #3  **Use and Occupancy of Unit: Unauthorized Family Composition (24 CFR 982.551 (h)(2))**
During the hearing you testified that Jessie Harvey was the father of three of your children and that your relationship with him ended in 2017. You stated that he was abusive during your relationship and that you tried to stay away from him but that he got your address from his family member that picks up your children. You stated that once he got your address, he started harassing you. You stated that you called the police multiple times against him. As supporting evidence your attorney provided a copy of an order of protection that you have against Mr. Harvey that was filed on December 5, 2023.

HANO's evidence supports part of your statement as there are multiple police reports of you reporting issues with Mr. Harvey. One of the reports shows that Mr. Harvey stated that the assisted unit was his address. The other report dated September 23, 2023, had a statement taken by the officer in which he quoted you as stating that Mr. Harvey had lived with you at the assisted unit for five months but had moved out two weeks prior to that incident. You stated that you did not tell the officers that but did not elaborate on why the officer would claim you made the

Based on the evidence it appears that Mr. Harvey did live with you for longer than HANO allows for guests but that you were a victim of domestic violence during that time and as of now Mr. Harvey is no longer living with you in the assisted unit.

**Decision**

1. HANO's proposal to terminate your program participation is **Upheld**.
2. Your HCVP assistance will be terminated effective **July 31, 2024.**

Sincerely,

*Christopher Dalton*

Christopher Dalton
Principal Administrative Analyst
Housing Authority of New Orleans

CC: File
 Monica New
 China Rhea

Participant's Name    Tiffanie Current
Entity ID #          000081356