JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tiffanie Current

**(b)** County of Residence of First Listed Plaintiff: **Orleans Parish**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Hannah Adams/SLLS/1340 Poydras St., Suite 600, New Orleans 70112/ (504) 529-1000 ext. 258

## DEFENDANTS
Housing Authority of New Orleans

County of Residence of First Listed Defendant: **Orleans Parish**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Kathryn M. Knight and Rachel W. Wisdom/ Stone Pigman, 909 Poydras St., Suite 3150, NOLA, 70112/ (504) 581-3200

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — 310 Airplane; 315 Airplane Product Liability; 320 Assault, Libel & Slander; 330 Federal Employers' Liability; 340 Marine; 345 Marine Product Liability; 350 Motor Vehicle; 355 Motor Vehicle Product Liability; 360 Other Personal Injury; 362 Personal Injury - Medical Malpractice | 625 Drug Related Seizure of Property 21 USC 881; 690 Other | 422 Appeal 28 USC 158; 423 Withdrawal 28 USC 157 | 375 False Claims Act |
| 120 Marine | **PERSONAL INJURY** — 365 Personal Injury - Product Liability; 367 Health Care/ Pharmaceutical Personal Injury Product Liability; 368 Asbestos Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** — 820 Copyrights; 830 Patent; 835 Patent - Abbreviated New Drug Application; 840 Trademark; 880 Defend Trade Secrets Act of 2016 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | | | | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | | | | 430 Banks and Banking |
| 151 Medicare Act | | | | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | | | | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | | | | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | | | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | **PERSONAL PROPERTY** — 370 Other Fraud; 371 Truth in Lending; 380 Other Personal Property Damage; 385 Property Damage Product Liability | **LABOR** — 710 Fair Labor Standards Act; 720 Labor/Management Relations; 740 Railway Labor Act; 751 Family and Medical Leave Act; 790 Other Labor Litigation; 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** — 861 HIA (1395ff); 862 Black Lung (923); 863 DIWC/DIWW (405(g)); 864 SSID Title XVI; 865 RSI (405(g)) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | | | 490 Cable/Sat TV |
| 196 Franchise | | | | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** 463 Alien Detainee; 510 Motions to Vacate Sentence; 530 General; 535 Death Penalty | 870 Taxes (U.S. Plaintiff or Defendant); 871 IRS—Third Party 26 USC 7609 | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | | | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | | | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | **Other:** 540 Mandamus & Other; 550 Civil Rights; 555 Prison Condition; 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** — 462 Naturalization Application; 465 Other Immigration Actions | [x] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | | | 950 Constitutionality of State Statutes |
| | 448 Education | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1437f, 24 C.F.R. 982.1 et seq., and 24 C.F.R. 5.2005
Brief description of cause:
breach of duties under federal HUD regulations

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: 
DOCKET NUMBER: 

DATE: July 29, 2024
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____