# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANIE CURRENT,**<br><br>    **Plaintiff**<br><br>**VERSUS**<br><br>**HOUSING AUTHORITY OF NEW ORLEANS,**<br><br>    **Defendant** | **CIVIL ACTION NO.**<br><br><br>**JUDGE:** _____<br><br><br><br>**MAGISTRATE JUDGE:** _____ |

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1446(d)

I hereby certify that a copy of the foregoing Notice of Removal has been sent via email and placed in the United States Mail, with proper and sufficient postage affixed, addressed to:

**Tiffanie Current**
Through her Attorney of Record:
Hannah Adams
David Williams
    Of
Southeast Louisiana Legal Services
1340 Poydras Street, Suite 600
New Orleans, Louisiana 70112

I hereby further certify that a copy of the foregoing Notice of Removal has also been submitted to the Clerk of the Civil District Court for the Parish of Orleans, for filing in the record in state court action entitled: "*Tiffanie Current v. Housing Authority of New Orleans*," bearing case number 2024-06181 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana.

[*signatures on following page*]

Date: July 29, 2024                     Respectfully submitted,

                                        /s/ Kathryn M. Knight
                                        Kathryn M. Knight [T.A.], La. Bar No. 28641
                                        Rachel W. Wisdom, La. Bar No. 21167
                                        Stone Pigman Walther Wittmann L.L.C.
                                        909 Poydras Street, Suite 3150
                                        New Orleans, Louisiana 70112
                                        Telephone: (504) 581-3200
                                        Facsimile: (504) 581-3361
                                        Email: kknight@stonepigman.com
                                               rwisdom@stonepigman.com

                                        *Attorneys for Housing Authority of New Orleans*

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing pleading Certificate of Compliance with 28 U.S.C. § 1446(d) has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed and by e-mail, this 29th day of July, 2024.

                                        /s/ Kathryn M. Knight